UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONNA YOUNG,<br><br>        Plaintiff,<br><br>    v.<br><br>BIG LOTS STORES, INC. and DENISE MCPHERSON,<br><br>        Defendants. | Case No. 09-cv-253-JPG |

## JUDGMENT

This matter having come before the Court, the Court having previously granted Plaintiff Donna Young's motion for voluntary dismissal without prejudice of Defendant Denise McPherson, and Young and Defendant Big Lots Stores, Inc. ("Big Lots") having stipulated to dismissal with prejudice,

IT IS HEREBY ORDERED AND ADJUDGED that the Court shall hold ancillary jurisdiction over the settlement between Young and Big Lots up to and including April 7, 2010,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice as it relates to Big Lots,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed without prejudice as it relates to McPherson.

**NANCY J. ROSENSTENGEL**

**S/Deborah Agans, Deputy Clerk**

**Dated: March 8 , 2010**

**Approved:**     s/ J. Phil Gilbert
            **J. PHIL GILBERT, DISTRICT JUDGE**