UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DONNA YOUNG,

    Plaintiff,

  v.

BIG LOTS STORES, INC. and DENISE MCPHERSON,

    Defendants.

Case No. 09-cv-253-JPG

## MEMORANDUM AND ORDER

This matter comes before the Court on Plaintiff Donna Young's second Stipulation of Dismissal (Doc. 47), which the Court hereby **CONSTRUES** as a joint motion to alter the original judgment pursuant to Federal Rule of Civil Procedure 59(e).

Since Defendant Denise McPherson was previously dismissed *without* prejudice from this litigation (*see* Doc. 31), the Court's final Judgment (Doc. 46) indicated as much. However, the parties apparently wish to now have McPherson, in addition to Defendant Big Lots Stores, Inc., dismissed *with* prejudice.

Being fully advised of the premises, the Court **GRANTS** the instant motion (Doc. 47) and **DISMISSES** this case **with prejudice**. Further, the Court **DIRECTS** the Clerk of Court to enter amended judgment accordingly.

**IT IS SO ORDERED.**
**DATED: March 15, 2010**

                        s/ J. Phil Gilbert
                        **J. PHIL GILBERT**
                        **DISTRICT JUDGE**