UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

DONNA YOUNG,

    Plaintiff,

  v.                               Case No. 09-cv-253-JPG

BIG LOTS STORES, INC. and DENISE MCPHERSON,

    Defendants.

## AMENDED JUDGMENT

This matter having come before the Court, the Court having granted the parties' joint motion to alter the original judgment,

IT IS HEREBY ORDERED AND ADJUDGED that the Court shall hold ancillary jurisdiction over the settlement between the parties up to and including April 7, 2010,

IT IS FURTHER ORDERED AND ADJUDGED that this case is dismissed with prejudice,

                                                      NANCY J. ROSENSTENGEL

                                                      By:s/Deborah Agans, Deputy Clerk

Dated:  March 15, 2010


Approved:     s/ J. Phil Gilbert
                  **J. PHIL GILBERT**
                  **DISTRICT JUDGE**